IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMPASS GROUP USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-CV-00099-GMS |
| ) | |
| NEXTEP SYSTEMS, ) | |
| ) | |
| Defendant. ) | |

**STIPULATED ORDER TO STAY DISCOVERY RESPONSES AND OBJECTIONS AND AMENDING THE SCHEDULING ORDER WITH REGARD TO JOINDER OF OTHER PARTIES AND AMENDMENT OF PLEADINGS**

WHEREAS the Parties have each issued interrogatories, requests for production of documents, and requests for admission, pursuant to the Scheduling Order entered July 13, 2016;

WHEREAS the Scheduling Order dated July 13, 2016, required the parties to join other parties and amend the by pleadings by September 30, 2016;

WHEREAS the matter has been set for a mediation conference before the Honorable Mary Pat Thynge on October 7, 2016;

WHEREAS the Parties agree to stay their objections and responses to discovery, including their answers to the outstanding requests for admissions, until after the mediation;

WHEREAS the Parties also agree to stay the deadline for joinder of other parties and amendment of pleadings including until after the mediation;

WHEREAS the Parties agree that no requests for admissions shall be deemed denied or admitted for failure to answer at this time;

WHEREAS the Parties further agree that neither side waives any objections to the outstanding discovery requests for failure to answer at this time;

NOW THEREFORE, it is hereby stipulated and agreed, subject to Court approval, that the deadlines for the Parties' responses to interrogatories, requests for production of documents, requests for admissions,

83633760v1

and time to join other parties and amend the pleadings are stayed until a later date that shall be set after the mediation on October 7, 2016, if the Parties are unable to resolve their dispute.

| | |
|---|---|
| MORRIS NICHOLS ARSHT & TUNNELL LLP | MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C. |
| /s/ Kevin M. Coen | /s/ Michael F. Duggan |
| Kevin M. Coen (#3630)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>kcoen@mnat.com | Michael F. Duggan (#3269)<br>300 Delaware Avenue, #900<br>Wilmington, DE 19801<br>mduggan@moodklaw.com<br>(302) 658-6538 |
| OF COUNSEL: | OF COUNSEL: |
| Scott Drake (Texas Bar No. 24026812)<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-2784<br>(214) 855-8000 | Cinthia Motley (Illinois Bar No. 6280676)<br>Sedgwick LLP<br>One North Wacker, Suite 4200<br>Chicago, IL 60606<br>Tel: (312) 641-9050<br>Fax: (877) 522-9055 |
| *Attorneys for Compass Group USA, Inc.* | *Attorneys for Nextep Systems* |

DENIED

IT IS ~~SO ORDERED~~ this day 23rd of August, 2016.

_____
UNITED STATES DISTRICT JUDGE