IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMPASS GROUP USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-099-GMS |
| | ) | |
| NEXTEP SYSTEMS, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED ORDER AMENDING THE SCHEDULING ORDER WITH REGARD TO JOINDER OF OTHER PARTIES AND AMENDMENT OF PLEADINGS**

WHEREAS the Scheduling Order dated July 13, 2016, required the parties to join other parties and amend the by pleadings by September 30, 2016;

WHEREAS the Parties have agreed to postpone the deadline for adding new parties or amending pleadings without moving any other deadlines set forth in the Scheduling Order;

NOW THEREFORE, it is hereby stipulated and agreed, subject to Court approval, that the deadlines for the time to join other parties and amend the pleadings shall be October 28, 2016.

| MORRIS NICHOLS ARSHT & TUNNELL LLP | MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C. |
|---|---|
| /s/ Kevin M. Coen | /s/ Michael F. Duggan |
| Kevin M. Coen (#3630)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>kcoen@mnat.com | Michael F. Duggan (#3269)<br>300 Delaware Avenue, #900<br>Wilmington, DE 19801<br>mduggan@moodklaw.com<br>(302) 658-6538 |
| OF COUNSEL: | OF COUNSEL: |
| Scott Drake (Texas Bar No. 24026812)<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-2784<br>(214) 855-8000 | Cinthia Motley (Illinois Bar No. 6280676)<br>Sedgwick LLP<br>One North Wacker, Suite 4200<br>Chicago, IL 60606<br>Tel: (312) 641-9050<br>Fax: (877) 522-9055 |
| *Attorneys for Compass Group USA, Inc.* | *Attorneys for Nextep Systems* |

IT IS SO ORDERED this day ___ of August, 2016.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE