IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMPASS GROUP USA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-99-GMS |
| | ) | |
| NEXTEP SYSTEMS, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is the parties' Stipulation of Dismissal With Prejudice.

The parties' joint Stipulation of Dismissal is hereby **GRANTED** and all remaining claims and defenses asserted by the Parties in the above-captioned action are dismissed with prejudice.

It is so **ORDERED** this 3rd day of April, 2017.

UNITED STATES DISTRICT JUDGE